

# Fourth Court of Appeals

## San Antonio, Texas

March 3, 2021

No. 04-20-00421-CV

**IN THE INTEREST OF C.S., C.S., AND C.S., CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI00253
Honorable Laura Salinas, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED. Time is extended to March 8, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court